Exhibit A

J. S.,                                            Case No. 16-60690-civ-COOKE/TORRES

      Plaintiff,

vs.

PLAYA DEL SOL ASSOCIATION INC.,
MARGARET BAUMAN, individually,
and ARTHUR LINDER, individually,

      Defendants.
_____/

## DECLARATION OF PLAINTIFF J.S.
## IN SUPPORT OF MOTION TO PROCEED ANONYMOUSLY

      Pursuant to 28 U.S.C. § 1746, J.S. declares as follows:

1. I am the Plaintiff in the above styled action and I have personal knowledge of the facts set forth herein.

2. I am submitting this declaration in support of Plaintiff's Motion to Proceed Anonymously so that I may proceed in the above styled case, pursuant to the Federal Fair Housing Act, 42 U.S.C. § 3602, et. seq., and Florida Fair Housing Act, Fla. Stat. § 760.20 *et. seq.*, while using the initials of my name.

3. I suffer from disabilities, specifically severe depression, anxiety, and Post-Traumatic Stress Disorder (PTSD), knowledge of which is limited to family, close friends, and medical care providers. I have intentionally concealed the knowledge of my disabilities for fear that general knowledge would have a detrimental affect on my mental well-being and relationships.

4. In this case, I believe that being forced to litigate under my real name would (1) stigmatize me in my community and cause others to treat me differently, (2) cause me to suffer tremendous anxiety, (3) potentially worsen my medical conditions, (4) make

me vulnerable to physical or emotional attack, and (5) potentially ruin any prospects of future relationships.

5. By publishing my name, I fear that the symptoms of my depression, anxiety, and PTSD will be made worse since I will be constantly obsessing over each new person I meet, wondering if they know about my mental impairments, and if they are going to treat me differently because of my disabilities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April ___4 2016



J.S.